ACCEPTED
01-15-00523-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 5:08:58 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00523-CV

**In the Court of Appeals
For the First District of Texas
at Houston, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/29/2015 5:08:58 PM

CHRISTOPHER A. PRINE
Clerk

**GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY JUDGE, FRANK POKLUDA, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT TWO COMMISSIONER, and STAN KITZMAN, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT FOUR COMMISSIONER,**

**Appellants,**

**v.**

**CITY OF HEMPSTEAD, TEXAS and CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD and PINTAIL LANDFILL, INC.,**

**Appellees**

**On Appeal from the 506th Judicial District Court
of Waller County, Texas
Trial Court Cause No. 13-03-21872**

## RESPONSE TO MOTION TO SHOW AUTHORITY

TO THE HONORABLE FIRST COURT OF APPEALS:

NOW COME Appellants, Glenn Beckendorff, in his official capacity as Waller County Judge, Frank Pokluda, in his official capacity as Waller County Precinct Two Commissioner, and Stan Kitzman, in his official capacity as Waller County Precinct Four Commissioner and file the following Response to Appellee City of Hempstead's Motion to Show Authority.

Appellee, the City of Hempstead, has filed a Motion to Show Authority and challenged the representation of Elton Mathis, and against representation by the undersigned.

However, the affidavits attached hereto prove that Elton Mathis began this suit by taking the position he had a conflict of interest for the representation of the City of Hempstead. Therefore, the individual Judges of Waller County and Waller County itself then sought representation by other firms, including the firm of Allison Bass.

After, three of the individual Directors of Waller County either did not seek re-election or were not successful in their re-election attempts. Such occurred on or about January 1, 2015. At such time the Allison Bass firm told the individual Waller County Judges they would not be represented.

Therefore, the only way that the individual Waller County Judges could receive legal representation was to hire their own representation.

WHEREFORE, Appellants respectfully request that Appellee City of Hempstead's Motion to Show Authority be denied.

Dated:  June 29, 2015                    Respectfully submitted,

By:    /s/ David A. Carp
    David A. Carp
    TBN: 03836500
    Herzog & Carp
    427 Mason Park Boulevard
    Katy, Texas 77450
    713.781.7500  Phone
    713.781.4797  Fax
    dcarp@hcmlegal.com
    **Attorneys for Appellant**s

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015 a true and correct copy of the foregoing Response to Motion to Show Authority was e-filed with the clerk of the First Court of Appeals and delivered via e-filing / e-service to the following:

Eric Farrar, Esq.
Olson & Olson, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
efarrar@olsonllp.com
**Attorneys for City of Hempstead**

Elton R. Matrhis, Jr., Esq.
Waller County District Attorney
645 12th Street
Hempstead, TX 77445
e.mathis@wallercounty.us
**Attorney for Waller County**

Terry L. Scarborough
Michael L. Woodward
V. Blayre Pena
Hance Scarborough, LLP
400 W 15th #950
Austin, Texas 78701
tscarborough@hslawmail.com
bpena@hslawmail.com
        **and**

Brent W. Rayn,Esq.
McElroy, Sullivan, Miller,
    Weber & Olmstead, LLP
P.O. Box 12127
    Austin, TX 78711
bryan@msmtx.com

Michael S. Truesdale, Esq.
Law Office of Michael Truesdale
801 West Avenue, Suite 201
Austin, TX 78701
mike@truesdalelaw.com

**Attorneys for Pintail Landfill**

Carol A. Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445
carol.chaney@thechaneyfirmlnet
**Attorneys for Citizens Against the Landfill
in Hempstead**

        <u>/s/   David A. Carp     </u>
            David A. Carp

## In the Court of Appeals
## For the First District of Texas
## at Houston, Texas

**GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY JUDGE, FRANK POKLUDA, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT TWO COMMISSIONER, and STAN KITZMAN, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT FOUR COMMISSIONER,**

Appellants,

v.

**CITY OF HEMPSTEAD, TEXAS and CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD and PINTAIL LANDFILL, INC.,**

Appellees

On Appeal from the 506th Judicial District Court
of Waller County, Texas
Trial Court Cause No. 13-03-21872

STATE OF TEXAS   )
                 )
COUNTY OF HARRIS )

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Floyd Glenn Beckendorff, a person whose identity is known to me, who upon his oath first administered by me, stated the following:

1

1.  My name is Floyd Glenn Beckendorff. I am over 21 years of age and am otherwise fully capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.  I was County Judge of Waller County at all times relevant to this lawsuit except after December 31, 2014 when I was no longer in office.

3.  It was my understanding that I was no longer going to be a party to the lawsuit after December 31, 2014 because I was no longer an elected official. Further, it was not necessary that I participate. It was the office of Judge of the County that was being sued--not the individual.

4.  I further understood that I did not and would not have representation through counsel retained by the county after December 31, 2014.

5.  Ever since the verdict was rendered, I had intended to consider an appeal if one was available or necessary.

6.  After a review by David Carp of the Court's file on March 11, 2015, I found out through David Carp about the alleged "Agreed Final Judgment."

7.  I was not a part of any negotiations directed to an agreed final judgment of which I would be a part of or affected by.

8. The failure to file the Notice of Appeal by March 23rd was not deliberate or intentional but was the result of inadvertence, mistake or mischance due to whether I was represented by counsel, whether I was a party to the suit and what I consider failure to receive notice of the negotiations regarding the "Agreed Final Judgment."

FURTHER AFFIANT SAYETH NAUGHT.


Floyd Glenn Beckendorff

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 29th day of June, 2015 to certify which witness my hand and seal of office.

Notary Public in and for the
State of Texas

ANN JACOBS
MY COMMISSION EXPIRES
April 17, 2016

3

## In the Court of Appeals
## For the First District of Texas
## at Houston, Texas

**GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY JUDGE, FRANK POKLUDA, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT TWO COMMISSIONER, and STAN KITZMAN, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT FOUR COMMISSIONER,**

**Appellants,**

**v.**

**CITY OF HEMPSTEAD, TEXAS and CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD and PINTAIL LANDFILL, INC.,**

**Appellees**

On Appeal from the 506th Judicial District Court
of Waller County, Texas
Trial Court Cause No. 13-03-21872

STATE OF TEXAS    )
                       )
COUNTY OF HARRIS )

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Stan Kitzman, a person whose identity is known to me, who upon his oath first administered by me, stated the following:

1

1.  My name is Stan Kitzman. I am over 21 years of age and am otherwise fully capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.  I was Waller County Precinct Four Commissioner at all times relevant to this lawsuit except after December 31, 2014 when I did not seek re-election and was no longer in office.

3.  It was my understanding that I was no longer going to be a party to the lawsuit after December 31, 2014 because I was no longer an elected official. Further, it was not necessary that I participate. It was the office of Commissioner - Precinct Four that was being sued--not the individual.

4.  I further understood that I did not and would not have representation through counsel retained by the county after December 31, 2014.

5.  Ever since the verdict was rendered, I had intended to consider an appeal if one was available or necessary.

6.  After a review by David Carp of the Court's file on March 11, 2015, I found out through David Carp about the alleged "Agreed Final Judgment."

2

7.     I was not a part of any negotiations directed to an agreed final judgment of which I would be a part of or affected by.

8.     The failure to file the Notice of Appeal by March 23rd was not deliberate or intentional but was the result of inadvertence, mistake or mischance due to whether I was represented by counsel, whether I was a party to the suit and what I consider failure to receive notice of the negotiations regarding the "Agreed Final Judgment."

FURTHER AFFIANT SAYETH NAUGHT.



_____
Stan Kitzman

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 29th  day of June, 2015 to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of Texas

ANN JACOBS
MY COMMISSION EXPIRES
April 17, 2016

3